UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| COLIN ROSE, | ) | |
|        Plaintiff, | ) | |
|   vs. | ) | No. 1:06-cv-1504-SEB-JMS |
| | ) | |
| KEN CAREY, et al., | ) | |
| | ) | |
|        Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 08/22/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com